# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1291**                        **September Term, 2024**

FERC-CP22-22-000
FERC-CP22-21-000

**Filed On: September 6, 2024** [2073438]

Travis Dardar, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Consolidated with 24-1292

## O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. It is

    **FURTHER ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 7, 2024 |
| Docketing Statement Form | October 7, 2024 |
| Procedural Motions, if any | October 7, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | October 7, 2024 |
| Statement of Issues to be Raised | October 7, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | October 7, 2024 |
| Dispositive Motions, if any | October 21, 2024 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1291**                                                   **September Term, 2024**

It is

    **FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | October 7, 2024 |
| Procedural Motions, if any | October 7, 2024 |
| Certified Index to the Record | October 21, 2024 |
| Dispositive Motions, if any | October 21, 2024 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Laura M. Morgan
Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)