# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. _____       2. DATE DOCKETED: _____

3. CASE NAME (lead parties only)
   _____ v. _____

4. TYPE OF CASE: ☐ Review  ☐ Appeal  ☐ Enforcement  ☐ Complaint  ☐ Tax Court

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ○ No
   If YES, cite statute _____

6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: _____

   b. Give agency docket or order number(s): _____

   c. Give date(s) of order(s): _____

   d. Has a request for rehearing or reconsideration been filed at the agency? ○ Yes ○ No
      If so, when was it filled? _____  By whom? _____

      Has the agency acted? ○ Yes ○ No  If so, when? _____

   e. Identify the basis of appellant's/petitioner's claim of standing. <u>See</u> D.C. Cir. Rule 15(c)(2):
      _____
      _____

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ○ Yes ○ No If YES, identify case name(s), docket number(s), and court(s)
      _____

   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ○ Yes ○ No If YES, give case name(s) and number(s) of these cases and identify court/agency:
      _____

   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ○ Yes ○ No If YES, provide program name and participation dates.
      _____
      _____

Signature _____       Date _____
Name of Counsel for Appellant/Petitioner _____
Address _____
E-Mail
_____  Phone (____) _____  Fax (____) _____

**ATTACH A CERTIFICATE OF SERVICE**

**Note:** If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)