ORAL ARGUMENT NOT YET SCHEDULED

No. 24-1291(L), 24-1292

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

TRAVIS DARDAR, *et al.*,

*Petitioners*,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

*Respondent.*

_____

On Petition for Review of Orders
of the Federal Energy Regulatory Commission

_____

**EXHIBITS TO JOINT MOTION FOR STAY**

| | |
|---|---|
| Spencer Gall | Megan C. Gibson |
| Deirdre Dlugoleski | Southern Environmental Law Center |
| Southern Environmental Law Center | 122 C Street NW, Suite 325 |
| 120 Garrett Street, Suite 400 | Washington, DC 20001 |
| Charlottesville, Virginia 22902 | (202) 828-8382 |
| (434) 977-4090 | mgibson@selcdc.org |
| sgall@selcva.org | |

*Counsel for Travis Dardar, Nicole Dardar, Kent Duhon, Mary Alice Nash, Jerryd Tassin, Anthony Theriot, For a Better Bayou, and Fishermen Involved in Sustaining Our Heritage*

**Additional counsel listed on inside cover.**

Caroline Reiser
Morgan Johnson
Thomas Zimpleman
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington DC, 20005
(202) 717-8341
creiser@nrdc.org

*Counsel for Natural Resources Defense Council*

| | |
|---|---|
| Nathan Matthews | Rebecca McCreary |
| Sierra Club | Sierra Club |
| 2101 Webster Street, Suite 1300 | 1650 38th Street, Suite 103W |
| Oakland, CA 94612 | Boulder, CO 80301 |
| (415) 977-5695 | (305) 449-5595 ext. 103 |
| nathan.matthews@sierraclub.org | rebecca.mccreary@sierraclub.org |

*Counsel for Louisiana Bucket Brigade, Healthy Gulf, Sierra Club, Texas Campaign for the Environment, and Turtle Island Restoration Network*

Dated Sept. 23, 202