# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Travis Dardar, et al.

**v.**

Federal Energy Regulatory Commission

**Case No:** 24-1291, et al.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☒ Gov't counsel

for the  ☐ Appellant(s)/Petitioner(s)  ☒ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Federal Energy Regulatory Commission

### Counsel Information

**Lead Counsel:** Scott Ediger

**Direct Phone:** (202) 502-8509  **Fax:** ( ) -  **Email:** scott.ediger@ferc.gov

**2nd Counsel:** Robert H. Solomon

**Direct Phone:** (202) 502-8257  **Fax:** ( ) -  **Email:** robert.solomon@ferc.gov

**3rd Counsel:**

**Direct Phone:** ( ) -  **Fax:** ( ) -  **Email:**

**Firm Name:** Federal Energy Regulatory Commission

**Firm Address:** 888 First Street, NE, Washington, DC 20426

**Firm Phone:** ( ) -  **Fax:** ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)