# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Travis Dardar, *et al.* ) | |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | No. 24-1291, *et al.* |
| ) | |
| Federal Energy Regulatory ) | |
| Commission, ) | |
| ) | |
| Respondent. ) | |

**MOTION OF RESPONDENT FEDERAL ENERGY REGULATORY COMMISSION FOR ABEYANCE OF RECORD FILING, UNTIL AFTER COURT ACTION ON PETITIONERS' PENDING MOTION FOR STAY OR EXPEDITION**

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Respondent Federal Energy Regulatory Commission (Commission) hereby requests abeyance of the filing of the certified index to the record until after the Court rules on Petitioners' September 23 motion requesting stay or expedition, with the parties to file motions to govern 45 days after the Court rules on Petitioners' motion.

The Commission understands that Petitioners oppose this motion. Intervenor-Respondents (Venture Global CP2 LNG, LLC and Venture Global CP Express, LLC) support this motion.

## Background

Petitioners challenge the Commission's June 27, 2024 approval of a liquefied natural gas terminal in Cameron Parish, Louisiana and an associated pipeline in east Texas and southwest Louisiana. *See Venture Glob. CP2 LNG,* Order Granting Authorizations, 187 FERC ¶ 61,199. Before the agency, Petitioners sought rehearing and an agency stay on July 29, 2024. *See* Rehearing Request, Accession No. 20240729-5111.[1] The Commission denied the request for stay on October 1, 2024, but announced that it will address the merits of the Rehearing Request in a future order. *See Venture Glob. CP2 LNG, LLC,* Order Denying Stay, 189 FERC ¶ 61,005 (Oct. 1, 2024); *Venture Glob. CP2 LNG, LLC,* Notice of Denial of Rehearing by Operation of Law and Providing for Further Consideration, 188 FERC ¶ 62,109 (Aug. 29, 2024).

---

[1] Documents referenced by FERC accession number can be retrieved at https://elibrary.ferc.gov/eLibrary/search.

2

On September 4, 2024, Petitioners sought judicial review of the June 27 Order before the Commission had issued a merits order addressing their request for rehearing.  *See* Petitions for Review, Nos. 24-1291 & 24-1292; *see also* September 6, 2024 Order, Nos. 24-1291 & 24-1292 (consolidating cases and ordering procedural motions to be filed by October 7, 2024).

On September 23, 2024, Petitioners filed a motion requesting a stay or alternative expedited briefing.  *See* Doc. No. 2076251 (September 23 Motion). The Commission and Intervenor-Respondents filed separate oppositions to the request for court stay on October 3, 2024.  *See* Doc. No. 2078163 (FERC Opposition) & Doc. No. 2078158 (Intervenor-Respondents Opposition).

**Relief Sought**

A short period of abeyance is in order because Petitioners' request for a court stay and expedited briefing remains outstanding.  The Commission opposed the requests for stay and expedited briefing contained in the September 23 Motion, explaining that the requests are premature and that there is no emergency here because construction is

3

not imminent. *See* FERC Opposition 2, 27-29. The Court has not yet ruled on the September 23 Motion.

Moreover, the agency has not yet issued, as promised, an order addressing the numerous issues raised on rehearing. *See* FERC Opposition 8-11 (explaining agency procedural background and asserting that two-month delay by Commission consisting of a majority of new members is neither unusual nor unfair). The forthcoming Commission order will allow the Commission to further explain or modify its decisions, thereby facilitating judicial review. *See* FERC Opposition 27-29.

Given the numerous complex and technical questions presented here, prudence calls for letting the Commission weigh in first. *See* FERC Opposition 29. Indeed, Petitioners' filing (earlier today) only reinforces this point by referring to the (1) "significant underlying record;" (2) "numerous and complex issues" presented in this case; and (3) rehearing request that "amounted to over 71,000 words." Petitioners' Joint Motion to Establish a Briefing Schedule and Format, Doc. No. 2078616 at 4.

Petitioners mistakenly assume that nothing will change going forward when the Commission addresses the request for agency rehearing.  *See* FERC Opposition 28-29; *see also* 15 U.S.C. 717r(a) (providing that, until record is filed with the Court, the Commission may "modify or set aside, in whole or in part," any order issued under the Natural Gas Act).  In light of this, moving to briefing now would be particularly unfair to any other party that is awaiting further agency action and that might be aggrieved by some aspect or potential modification of the June 27 Order.

## Conclusion

Accordingly, the Commission requests abeyance of the filing of the certified index to the record until after the Court rules on Petitioners' motion for stay or expedition, with the parties to file motions to govern 45 days after the Court rules on Petitioners' motion requesting a court stay.

Respectfully submitted,

Robert H. Solomon
Solicitor

*/s/ Scott Ray Ediger*
Scott Ray Ediger
Attorney

Federal Energy Regulatory Commission
Washington, DC 20426
(202) 502-8334
scott.ediger@ferc.gov

*Counsel for Respondent*
*Federal Energy Regulatory*
*Commission*

October 7, 2024

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g) and Circuit Rule 32(e), I certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 717 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1).

I further certify that this motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Century Schoolbook 14-point font using Microsoft Word.

/s/ Scott Ray Ediger
Scott Ray Ediger
Attorney

Federal Energy Regulatory Commission
Washington, DC 20426
(202) 502-8334
scott.ediger@ferc.gov

*Counsel for Respondent*
*Federal Energy Regulatory Commission*

October 7, 2024

# CERTIFICATE OF SERVICE

I hereby certify that, on October 7, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Scott Ray Ediger*
Scott Ray Ediger
Attorney

Federal Energy Regulatory
Commission
Washington, DC 20426
(202) 502-8334
scott.ediger@ferc.gov

*Counsel for Respondent*
*Federal Energy Regulatory*
*Commission*

October 7, 2024