# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| Travis Dardar, *et al.* | ) | |
| | ) | |
| *Petitioners,* | ) | |
| | ) | |
| v. | ) | No. 24-1291, *et al.* |
| | ) | |
| Federal Energy Regulatory Commission, | ) | |
| | ) | |
| *Respondent.* | ) | |

## UNOPPOSED MOTION OF RESPONDENT
## FEDERAL ENERGY REGULATORY COMMISSION
## TO VACATE DEADLINES
## FOR RECORD FILING AND BRIEFING

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Respondent Federal Energy Regulatory Commission (Commission) hereby moves the Court to vacate the record filing and briefing deadlines established in the Court's December 2, 2024 order, and direct the parties to file status reports every 90 days, beginning 90 days from the issuance of a Court order addressing this motion. Counsel for the Commission has conferred with counsel for Petitioners and Intervenor-Respondents, and is authorized to represent that Petitioners and Intervenor-Respondents do not oppose this motion.

In its December 2 order, this Court granted the Commission's unopposed request that the record filing date be extended, making the new deadline December 12, with briefing to follow. *See* December 2 Order, Document No. 2087492; November 29 Motion, Document No. 2087227.

As explained in the Commission's November 29 Motion, circumstances have changed significantly since the filing of the petition, and the last phase of contested motions practice. *See Venture Glob. CP2 LNG, LLC,* Order Addressing Arguments Raised on Rehearing and Setting Aside Prior Order, in Part, 189 FERC ¶ 61,148 (Nov. 27, 2024) (Rehearing Order) (setting aside, in part, challenged order that authorized the liquefied natural gas terminal and associated pipeline at issue, and directing further record development concerning the project's air quality impacts); Notice of Schedule for the Preparation of a Supplemental Environmental Impact Statement for the CP2 LNG Project and CP Express Pipeline Project, FERC Nos. CP22-21, *et al.*, Accession No. 20241127-3066 (Nov. 27, 2024) (Notice);[1] *see also*

---

[1] Documents referenced by FERC accession number can be retrieved at https://elibrary.ferc.gov/eLibrary/search.

2

November 29 Motion (describing and attaching Rehearing Order and Notice).

Given that the Commission has directed supplemental environmental analysis in response to Petitioners' arguments on rehearing and this Court's recent decisions, the parties agree that this case should not move forward to briefing at this time. Accordingly, the Commission requests that the Court vacate the scheduled dates for record filing and briefing. In addition, the Commission requests that the Court order status reports every 90 days, beginning 90 days from the issuance of this Court's order addressing this motion.

        Respectfully submitted,

        Robert H. Solomon
        Solicitor

        <u>*/s/ Susanna Y. Chu*</u>
        Scott Ray Ediger
        Susanna Y. Chu
        Attorneys

        Federal Energy Regulatory
        Commission
        Washington, DC 20426
        (202) 502-8334
        scott.ediger@ferc.gov

        *Counsel for Respondent*
        *Federal Energy Regulatory*
        *Commission*

December 12, 2024

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g) and Circuit Rule 32(e), I certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 368 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1).

I further certify that this motion complies with the type-face requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Century Schoolbook 14-point font using Microsoft Word.

/s/ Susanna Y. Chu
Susanna Y. Chu

December 12, 2024

# CERTIFICATE OF SERVICE

I hereby certify that, on December 12, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Susanna Y. Chu*
Susanna Y. Chu
