# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-1291**                                        **September Term, 2024**

FERC-CP22-22-000
FERC-CP22-21-000

**Filed On: December 13, 2024** [2089474]

Travis Dardar, et al.,

       Petitioners

    v.

Federal Energy Regulatory Commission,

       Respondent

------------------------------

Venture Global CP Express, LLC and
Venture Global CP2 LNG, LLC,
              Intervenors

------------------------------

Consolidated with 24-1292

## O R D E R

Upon consideration of respondent's unopposed motion to vacate the deadlines for the record filing and briefing, it is

**ORDERED** that the motion be granted, and these cases are hereby held in abeyance pending further order of the court.

The parties are directed to file status reports at 90-day intervals beginning March 13, 2025.

The parties are directed to file motions to govern future proceedings in these cases within 30 days of the completion of the agency proceedings.

                                                     **FOR THE COURT:**
                                                     Mark J. Langer, Clerk

                                 BY:    /s/
                                       Michael C. McGrail
                                       Deputy Clerk