# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Travis Dardar, *et al.* ) | |
| ) | |
| *Petitioners,* ) | |
| ) | |
| v. ) | No. 24-1291, *et al.* |
| ) | |
| Federal Energy Regulatory ) | |
| Commission, ) | |
| ) | |
| *Respondent.* ) | |

## JOINT STATUS REPORT

The Commission submits this status report in compliance with the Court's December 13, 2024 order holding this case in abeyance and vacating deadlines for filing the record and briefs. *See* Document No. 2089474. The Court further ordered the parties to submit status reports at 90-day intervals, beginning on March 13, 2025.

Petitioners challenge the Commission's June 27, 2024 approval of a liquefied natural gas terminal in Cameron Parish, Louisiana and an associated pipeline in east Texas and southwest Louisiana. *See Venture Glob. CP2 LNG, LLC,* Order Granting Authorizations, 187 FERC ¶ 61,199. Following requests for agency rehearing, the Commission

issued an order on November 27, 2024, setting aside, in part, its prior order authorizing the liquefied natural gas terminal and associated pipeline at issue in this case, and directing further record development concerning the project's air quality impacts. *See Venture Glob. CP2 LNG, LLC,* Order Addressing Arguments Raised on Rehearing and Setting Aside Prior Order, in Part, 189 FERC ¶ 61,148 (2024) (Rehearing Order). Based on the Rehearing Order and the Commission's announced plans to develop further the record, the Commission moved on December 12, 2024, to hold these proceedings in abeyance. *See* Document No. 2089330.

On December 23, 2024, Intervenors Venture Global CP2 LNG, LLC and Venture Global CP Express, LLC requested rehearing of the Rehearing Order before the Commission. *See* FERC Accession No. 20241223-5392.[1] Because the Commission did not act on that request within 30 days, it issued a notice stating that the request "may be deemed to have been denied," but that the request "will be addressed in a future order." *Venture Glob. CP2 LNG, LLC,* Notice of Denial of

---

[1] Documents referenced by FERC accession number can be retrieved at https://elibrary.ferc.gov/eLibrary/search.

2

Rehearing by Operation of Law and Providing for Further Consideration, 190 FERC ¶ 62,047 (2025).

On February 7, 2025, Commission Staff issued the draft supplemental environmental impact statement contemplated by the Rehearing Order.  *See* FERC Accession No. 20250207-3026.  Notice of the draft supplemental EIS set forth a comment period that extends to March 31, 2025.  Thus, the Commission is currently receiving comments on the draft supplemental EIS.

        Respectfully submitted,

        Robert H. Solomon
        Solicitor

        */s/ Scott Ray Ediger*
        Scott Ray Ediger
        Attorney

        Federal Energy Regulatory Commission
        Washington, DC 20426
        (202) 502-8334
        scott.ediger@ferc.gov

        *Counsel for Respondent*
        *Federal Energy Regulatory*
        *Commission*

March 13, 2025

# CERTIFICATE OF SERVICE

I hereby certify that, on March 13, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                         */s/ Scott Ray Ediger*
                         Scott Ray Ediger
                         Attorney

                         Federal Energy Regulatory Commission
                         Washington, DC 20426
                         (202) 502-8334
                         scott.ediger@ferc.gov

                         *Counsel for Respondent*
                         *Federal Energy Regulatory Commission*

March 13, 2025