# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 24-1291** | **September Term, 2025** |
| | FERC-CP22-21-000 |
| | FERC-CP22-21-001 |
| | FERC-CP22-21-002 |
| | FERC-CP22-22-000 |
| | FERC-CP22-22-001 |
| | FERC-CP22-22-002 |
| | Filed On: October 20, 2025 |

Travis Dardar, et al.,

    Petitioners

    v.

Federal Energy Regulatory Commission,

    Respondent

------------------------------

Venture Global CP Express, LLC and
Venture Global CP2 LNG, LLC,
    Intervenors

------------------------------

Consolidated with 24-1292, 25-1157

    **BEFORE:**    Katsas, Walker, and Childs, Circuit Judges

### O R D E R

    Upon consideration of the motion for stay pending court review, the oppositions thereto, and the reply, it is

    **ORDERED** that the motion for stay be denied. Petitioners have not satisfied the stringent requirements for a stay pending court review. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2025).

### Per Curiam

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

                BY:    /s/
                            Selena R. Gancasz
                            Deputy Clerk